**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-cv-61645-BLOOM/Valle**

HOWARD COHAN,

    Plaintiff,

v.

FOILED BY THE BURGER L.L.C.,

    Defendant.

_____/

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [17] ("Stipulation"), filed on December 21, 2022. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [17]**, is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs except as provided for in the Parties' Settlement Agreement;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 22-cv-61645-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 22, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:      Counsel of Record

2